**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LEODIS RANDLE**                                                      **PLAINTIFF**

**v.**                            **CASE NO. 4:26-CV-00067-BSM**

**BRENT EUBANKS**
*Circuit Court Judge*                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE